| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Hellerstein, Alvin K | 2. Court or Organization U.S. District Court - NY-South | 3. Date of Report 7/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Active) | 5. ReportType (check appropriate type) ○ Nomination Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address United States District Court 500 Pearl Street - Room 1050 New York. New York 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto. it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Centra Condominium (until 5/15/04) |
| 2. | | |

RECEIVED JUL 18 11 21 AM '05 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/96 | Stroock & Stroock & Lavan LLP, former law firm (Pension Plan for retired partners)(No Control) |
| 2. | 1/1/89 | Stroock & Stroock & Lavan Retirement Plan (management of firm's IRA and 401K plans)(No Control) |
| 3. | 1/1/84 | Stroock & Stroock & Lavan Investment Partnership (No Control) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2004 | Pension from former law firm | 425,530 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable eimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | The Aspen Institute | 10/15-17 - Queenstown, MD, Judges' Seminar (automobile mileage) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express, Visa | Credit cards | J |
| 2. | Chase Mortgage Corp. | Mortgage, condominium | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K | 7/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. New York City Condominium | F | Rent | O | W | | | | | |
| 2. J P Morgan/Chase | B | Interest | M | T | Deposit | allmn | | | |
| 3. Franklin Templeton Mut. Qual. Fund (IRA) | D | Dividend | M | T | | | | | |
| 4. Dreyfus Money Market Funds ▓▓▓ | A | Interest | K | T | | | | | |
| 5. Stroock & Stroock & Lavan Retirement Plan (See fn. 1) | | | P1 | T | | | | | |
| 6. - Tattersall Adv. Group (See fn.2) | | | | | | | | | |
| 7. - Bernstein Equity Fund (See fn. 2) | | | | | | | | | |
| 8. - Baird Inv. Mgmt. (See fn. 2) | | | | | | | | | |
| 9. - Turner Inv. Mgmt. (See fn. 2) | | | | | | | | | |
| 10. - C.S. McKee, L.P. (See fn. 2) | | | | | | | | | |
| 11. - Brandes Inv. Part. Fund (See fn. 2) | | | | | | | | | |
| 12. - Private Capital Mgmt. (See fn. 2) | | | | | | | | | |
| 13. - Calamos Inv. Mgmt. Fund (See fn. 2) | | | | | | | | | |
| 14. - Alleguinee Capital (See fn. 2) | | | | | | | | | |
| 15. Stroock & Stroock & Lavan Retirement Plan (See fn. 1) | | | | | red iption | 6/25 | K | E | |
| 16. Stroock & Stroock & Lavan Retirement Plan (See fn. 1) | | | | | redemption | 12/6 | L | F | |
| 17. Mellon Bank Corp. (Mellon Fin. Corp.) | A | Dividend | J | T | | | | | |
| 18. S&S&L Investment Partnerships | D | Dividend | J | T | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K | 7/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Warburg Pincus Funds | | | | | | | | | |
| 20. - Loeb Partners Investments (see fn. 3) | | | | | | | | | |
| 21. - Fashion Mag Apparel | | | | | | | | | |
| 22. - United Park City Mines | | | | | | | | | |
| 23. Bea Systems | | None | J | T | | | | | |
| 24. Covad Comm. | | None | J | T | | | | | |
| 25. State of Israel Bonds | A | Interest | J | T | | | | | |
| 26. CCC Info Svces Group | | None | K | T | | | | | |
| 27. Gilead Sciences Inc. | | None | K | T | Donated | 11/8 | J | | |
| 28. Journal Register Co. | | None | J | T | | | | | |
| 29. Renaissance Holdings Ltd. | A | Dividend | J | T | | | | | |
| 30. Veritas Software Corp. | | None | | | Donated | 11/8 | J | | |
| 31. Regeneron Pharmaceutical | | None | J | T | | | | | |
| 32. Insight Comm. | | None | J | T | | | | | |
| 33. Bank One Corp. | A | Dividend | K | T | Sell | 5/11 | K | C | |
| 34. ECOLAB Inc. | | None | J | T | | fn. 3 | | | See fn. 3 |
| 35. Coventry Health Care Inc. | | None | J | T | | | | | |
| 36. Medicines Co. | | None | J | T | Donated | 11/8 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K | 7/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross val e at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Citibank Bank Dep. | B | Interest | J | T | | fn. 4 | J | | See fn. 4 |
| 38. Royce Micro-Cap Fund | B | Dividend | K | T | | | | | See fn. 5 |
| 39. New Eng. Fin. (Perm. Life) | A | Dividend | K | T | | | | | |
| 40. Northwestern Mutual (Life Ins.) | D | Dividend | M | T | | | | | See fn. 6 |
| 41. Gold Fields Ltd. | A | Dividend | J | T | | | | | |
| 42. I Shares TR MSCI EAFE Index Fund | A | Dividend | K | T | Buy | 5/11 | K | | See fn. 5 |
| 43. I Shares Russell 1000 Value Fd. | B | Dividend | L | T | | | | | See fn. 5 |
| 44. I Shares Russell 1000 Growth Fd. | A | Dividend | L | T | | | | | See fn. 5 |
| 45. I Shares Russell 1000 Index Fd. | B | Dividend | L | T | | | | | See fn. 5 |
| 46. I Shares Russell 2000 Value Fd. | A | Dividend | K | T | | | | | See fn. 5 |
| 47. I Shares Russell 2000 Growth Fd. | A | | K | T | Buy | 2/11 | K | | See fn. 5 |
| 48. Kyphon, Inc. | | None | | | Donated | 11/8 | J | | |
| 49. Newfield Expl. Co. | | None | | | Donated | 11/8 | J | | |
| 50. Newmont Mining | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Footnote 1 – Results of investments, inclusive of realized and unrealized gains and losses and dividends and distributions, are reported quarterly and for the year ended 12/31/04. A separate figure for dividends was not reported. No gain or loss is reported except as reported at Lines 15 and 16, since the investment qualifies as an IRA/401-K.

Footnote 2 – Reflects in whole or in part rollovers from funds listed in my Financial Disclosure Report for year ended December 31, 2003, Part VII, lines 6 to 15.

Footnote 3 – As shown on Line 20: one of the investments of S&S&L Investment Partnerships is an interest in Loeb Investors Fund. From time to time, said Fund distributes shares of companies in which it invests to S&S&L Investment Partnerships, and the latter then distributes same to its partners who were such at the time the shares were acquired.

Footnote 4 – Transferred by Smith Barney from dividends, distributions and/or sales (if any) not reinvested.

Footnote 5 – Inclusive of changes from one to another within the group of investments reported at Lines 38 and 42-47.

Footnote 6 – Inadvertently omitted from report of prior year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _July 15, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544